DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BERNARD RAMKELAWAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-501

[July 5, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Lynch, Judge; L.T. Case Nos. 06-22759CF10A and 07-01951CF10A.

Bernard Ramkelawan, South Bay, pro se.

No brief filed for appellee.

PER CURIAM.

The trial court's denial of appellant's "emergency motion to dismiss" shall be treated as a denial of a rule 3.850 motion. This appeal shall be redesignated as such and is affirmed.

GROSS, TAYLOR and DAMOORGIAN, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*